JOHN DUMAS ROCHELLE, ESQ. (SBN 172173)
**LAW OFFICE OF JOHN DUMAS ROCHELLE**
6855 Fair Oaks Boulevard, Suite 100
Carmichael, CA  95608
Telephone:    (916) 769-4444
Facsimile:     (916) 486-9560
Attorney for Defendant Auto Star Motors, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **Levy Monnelle Ruiz**<br><br>          Plaintiff,<br><br>vs.<br><br>**Auto Star Motors, Inc.**<br><br>          Defendant. | Case No. 2:16-cv-00800-TLN-CKD<br><br>STIPULATION AND ORDER RE: SET ASIDE REQUEST FOR ENTRY OF DEFAULT AND EXTENSION OF TIME UNTIL JUNE 24, 2016 FOR DEFENDANT AUTO STAR MOTORS, INC. TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Levy Monnelle Ruiz and Defendant Auto Star Motors, Inc. by and through their respective attorneys of record, Trinette G. Kent who represents Plaintiff; John Dumas Rochelle who represents defendant Auto Star Motors, Inc., stipulate as follows:

1. To set aside the Request for Entry of Default.

2. No extension of time has been previously obtained from the Court but a two week extension was informally granted by Plaintiff's counsel.

3. Defendant Auto Star Motors, Inc. is granted an extension until June 24, 2016 to respond or otherwise plead reference to Plaintiff's complaint.

1

*STIPULATION AND ORDER RE: EXTENSION OF TIME*

4. Defendant Auto Star Motors, Inc. response will be due no later than June 24, 2016.

IT IS SO STIPULATED effective as of June 9, 2016

DATED: June 9, 2016                **LAW OFFICE OF JOHN DUMAS ROCHELLE**

By: /s/ John Dumas Rochelle /s/
JOHN DUMAS ROCHELLE, ESQ., Attorney for Defendant Auto Star Motors, Inc.

DATED: June 9, 2016

By: /s/ Trinette G. Kent /s/
TRINETTE G. KENT, ESQ., Attorney for Plaintiff Levy Monnelle Ruiz

**IT IS SO ORDERED:** that the Request for Entry of Default be set aside and Defendant Auto Star Motors, Inc. shall have until June 24, 2016 to respond to complaint.

Dated: June 13, 2016

Troy L. Nunley
United States District Judge

*STIPULATION AND ORDER RE: EXTENSION OF TIME*