1  JOHN DUMAS ROCHELLE, ESQ. (SBN 172173)
   **LAW OFFICE OF JOHN DUMAS ROCHELLE**
2  6855 Fair Oaks Boulevard, Suite 100
   Carmichael, CA 95608
3  Telephone: (916) 769-4444
   Facsimile: (916) 486-9560
4  Attorney for Defendant Auto Star Motors Inc

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                       SACRAMENTO DIVISION

11

12  **Levy Monnelle Ruiz**              )  Case No. 2:16-cv-00800-TLN-CKD
                                        )
13              Plaintiff,              )  STIPULATION AND ORDER RE: SET
                                        )  ASIDE REQUEST FOR ENTRY OF
                                        )  DEFAULT AND EXTENSION OF TIME
14  vs.                                 )  UNTIL APRIL 12, 2018 FOR DEFENDANT
                                        )  AUTO STAR MOTORS, INC. TO RESPOND
15  **Auto Star Motors, Inc.**          )  TO COMPLAINT
                                        )
16              Defendant.              )
                                        )
17                                      )
                                        )
18                                      )
    _____)

19

20  Pursuant to Local Rule 6-144 (a), Plaintiff Levy Monnelle Ruiz and Defendant Auto Star Motors,

21  Inc. by and through their respective attorneys of record, Trinette G. Kent who represents Plaintiff;

22  John Dumas Rochelle who represents defendant Auto Star Motors, Inc., stipulate as follows:

23          1.  To set aside the Request for Entry of Default.

24          2.  One extension of time has been previously obtained from the Court when

25              Defendant had not been represented by counsel.

26          3.  Defendant Auto Star Motors, Inc. is granted an extension until April 12, 2018

27              to respond or otherwise plead reference to Plaintiff's remaining Count to

28              Plaintiff's original complaint.

                                            1
    _____
    *STIPULATION AND ORDER RE: DEFAULT SET ASIDE AND EXTENSION OF TIME*

LAW OFFICES OF
JOHN DUMAS ROCHELLE
6855 FAIR OAKS BOULEVARD, SUITE 100
CARMICHAEL, CALIFORNIA 95608
email: auto.law@comcast.net

LAW OFFICES OF
JOHN DUMAS ROCHELLE
6855 FAIR OAKS BOULEVARD, SUITE 100
CARMICHAEL, CALIFORNIA 95608
email: auto.law@comcast.net

IT IS SO STIPULATED effective as of April 12, 2018

DATED:  April 12, 2018                    **LAW OFFICE OF JOHN DUMAS ROCHELLE**

By: /s/ John Dumas Rochelle /s/
    JOHN DUMAS ROCHELLE, ESQ., Attorney for
    Defendant Auto Star Motors Inc

DATED:  April 12, 2018

By: /s/ Trinette G. Kent /s/
    TRINETTE G. KENT, ESQ., Attorney for
    Plaintiff Levy Monnelle Ruiz

**IT IS SO ORDERED:** that the Request for Entry of Default be set aside and Defendant Auto Star Motors Inc shall have until April 12, 2018 to respond to the remaining Count of the complaint.

Dated: April 16, 2018

Troy L. Nunley
United States District Judge

2